J. RUSSELL CUNNINGHAM, State Bar #130578
ERIC R. GASSMAN, State Bar #260693
DESMOND, NOLAN, LIVAICH & CUNNINGHAM
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Proposed Attorneys for Hank M. Spacone
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

In re:

**VOLODYMYR DUBINSKY** and
**SVETLANA DUBINSKY,**

Debtor.

Case No. 09-27647-C-7
Chapter 7

DCN: DNL-1

## PROOF OF SERVICE

I am employed in the City and County of Sacramento. My business address is 1830 15th Street, Sacramento, California 95811. I am over the age of 18 years and not a party to the above-entitled action.

I am familiar with Desmond, Nolan, Livaich & Cunningham's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in the U.S. mailbox after the close of each day's business.

On May 19, 2009, I served the following:

1. **APPLICATION TO EMPLOY DESMOND, NOLAN, LIVAICH & CUNNINGHAM PURSUANT TO A HYBRID FEE AGREEMENT;**

2. **[PROPOSED] ORDER GRANTING APPLICATION TO EMPLOY DESMOND, NOLAN, LIVAICH & CUNNINGHAM PURSUANT TO A HYBRID FEE AGREEMENT;**

3. **DECLARATION OF J. RUSSELL CUNNINGHAM IN SUPPORT OF APPLICATION TO EMPLOY DESMOND, NOLAN, LIVAICH & CUNNINGHAM PURSUANT TO A HYBRID FEE AGREEMENT;**

4. **EXHIBITS IN SUPPORT OF APPLICATION TO EMPLOY DESMOND, NOLAN, LIVAICH & CUNNINGHAM PURSUANT TO A HYBRID FEE AGREEMENT;**

[✔] **(BY ELECTRONIC MAIL)** on the *Office of the United States Trustee* addressed as follows:

- ustpRegion17.sc.ecf@usdoj.gov
- judy.c.hotze@usdoj.gov

[✔] **(BY MAIL)** on the parties in this action by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail, addressed as follows:

Hank Spacone
P.O. Box 255808
Sacramento, CA 95865-5808

Nancy Hotchkiss
980 Fulton Avenue
Sacramento, CA 95825-4558

Becket And Lee
P.O. Box 3001
Malvern, PA 19355-0701

Volodymyr & Svetlana Dubinsky
144 Kettle Rock Court
Folsom, CA 95630

Walter R. Dahl
2304 N Street
Sacramento, CA 95816-5716

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed on May 19, 2009, at Sacramento, California.

_____
TRISHA SETZER