FILED
June 08, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0001879325

# RELIEF FROM STAY INFORMATION SHEET
## * * SEE IMPORTANT INSTRUCTIONS ON FORM EDC 3-468-INST * *
*PLEASE COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION*

**DEBTOR:** Volodymyr & Svetlana Dubinsky        **CASE NO.** 09-27647

**MOVANT:** WACHOVIA MORTGAGE FSB            **DC NO.** DMM-1

**HEARING DATE/TIME:** July 06, 2009 at 9:00 a.m.

**RELIEF IS SOUGHT AS TO ( X ) REAL PROPERTY ( ) PERSONAL PROPERTY ( ) STATE COURT LITIGATION**

1. Address OR description of property or state court action    28 Aurora Lane, Copperopolis, CA

2. Movant's trust deed is a ( X ) 1st  ( ) 2nd  ( ) 3rd  ( ) Other: _____
   OR
   Leased property is ( ) Residential   ( ) Non-residential  Term: ( ) Month-to-Month   ( ) Other
   N/A

3. Verified appraisal filed?    No        Movant's valuation of property   $ 350,000.00
                                                                            (Schedules)

4. The following amounts are presently owing to Movant for:

   | PRINCIPAL | INTEREST | COSTS | TOTAL |
   |---|---|---|---|
   | $ 671,593.32 | $ 57,305.17 | $ 23,629.70 | $ 752,528.19 |

5. State identity, rank, and balance owing to other known lien holders. Use additional page if necessary.

   None scheduled                                          $ _____
   _____                      $ _____
   _____                      $ _____

                         TOTAL ALL LIENS      $ 752,528.19
                         DEBTOR'S EQUITY      $ 0.00

**FOR COURT USE ONLY**
Note date: _____
Note amount: _____
Note payment: _____

**FOR COURT USE ONLY**

6. Monthly payment is $ 2,457.97 , of which $ 0.00   is for impound account. Monthly late charge is $ 147.48 .
7. The last payment by debtor was received on  01/17/2008   and was applied to the payment due 01/15/2008 .
8. Number of payments past due and amount: (a) Pre-petition  15  $ 36,869.55    (b) Post-petition  1   $ 2,457.97
9. Notice of Default was recorded on  06/24/2008 . Notice of sale was published on n/a .
10. If a chapter 13 case, in what class is this claim?  n/a
11. Grounds for seeking relief (check as applicable):
    (✓) Cause        (✓) Inadequate protection  (✓) Lack of equity      ( ) Lack of insurance    ( ) Bad faith
    (✓) Other    Statement of Intention silent as to Wachovia.
12. For each ground checked above furnish a brief supporting statement in the space below.
    As set forth above, there is no equity in the subject real property collateral for the benefit of the Debtors or the estate. As such, in view of the payment default, Movant asserts it is not adequately protected.

EDC 3-468 (Rev. 6/8/05)