FILED
June 08, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001879328

2

DAVE M. McGRAW (State Bar No. 86389)
PATRICK K. McCLELLAN (State Bar No. 77352)
LAW OFFICES OF DAVE M. McGRAW
A Professional Corporation
2890 North Main Street, Suite 307
Walnut Creek, California 94597-2738
(925) 944-0206

Attorneys for Movant
WACHOVIA MORTGAGE, FSB
fka: World Savings Bank, FSB, its successors and/or assigns

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>VOLODYMYR DUBINSKY and<br>SVETLANA DUBINSKY,<br>aka: Vladamir Dubinsky<br>fka: Svetlana Tchekaida<br><br>　　　　　Debtors.<br><br>Hank Spacone,<br><br>　　　　　Trustee. | Case No. 09-27647<br>Chapter 7<br>Docket Control No.: DMM-1<br><br>CERTIFICATE OF SERVICE<br><br><br>Date: July 06, 2009<br>Time: 9:00 a.m.<br>Judge: Michael S. McManus<br>Ctrm: 28<br>Place: U.S. Bankruptcy Court<br>　　　　501 I Street, Sacramento, CA |

I, the undersigned, certify that I am, and at all times hereinafter mentioned was, more than 18 years of age; that on June 8, 2009, I served the following documents:

**RELIEF FROM STAY INFORMATION SHEET; NOTICE OF MOTION FOR RELIEF FROM STAY; MOTION FOR RELIEF FROM STAY; DECLARATION OF ROBERT MARTINEZ IN SUPPORT OF MOTION FOR RELIEF FROM STAY;**

by mail on the following persons:

(Attorney for Debtors)
Walter R. Dahl, Esq.
2304 N Street
Sacramento, CA 95816-5716

(Trustee)
Hank Spacone
Chapter 7 Trustee
P.O. Box 255808
Sacramento, CA 95865

C:\MOTIONS\DUBINSKY\COS/ahED　　　　　　1

| | |
|---|---|
| (Attorney For Chapter 7 Trustee)<br>J. Russell Cunningham<br>1830 15TH Street<br>Sacramento, CA 95811 | (Debtor)<br>Volodymyr Dubinsky<br>28 Aurora Lane<br>Copperopolis, CA 95228-9550 |
| (U.S. Trustee)<br>Office of the U.S. Trustee<br>501 I Street, Room 7-500<br>Sacramento, CA 95814-2322 | (Debtor)<br>Svetlana Dubinsky<br>144 Kettle Rock Court<br>Folsom, CA 95630 |
| (Debtor)<br>Volodymyr Dubinsky<br>144 Kettle Rock Court<br>Folsom, CA 95630 | (Debtor)<br>Svetlana Dubinsky<br>28 Aurora Lane<br>Copperopolis, CA 95228-9550 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 8, 2009, at Walnut Creek, California.

                                                   /s/ Annette Halvorson<br>
                                                   ANNETTE HALVORSON