**2**

**FRED W. KAISER**
Attorney at Law
State Bar No. 084158
865 University Avenue
Sacramento, CA 95825
Telephone (916) 924-7500
Facsimile (916) 924-0883

Attorney for Joemar, Ltd

UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>**VOLODYMYR DUBINSKY, SVETLANA DUBINSKY,**<br><br>Debtors. | Case Number: **09-27647-A-7**<br><br>D.C. No. FWK-001<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: July 24, 2009<br>Time: 9:00 a.m.<br>Place: Courtroom 28, 7th Fl., 501 I St., Sacramento, CA; Before the Honorable Michael S. McManus |

I, MADONNA PADJEN, declare:

I am a citizen of the United States and employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within action. My business address is 865 University Avenue, Sacramento, California 95825. I am readily familiar with the Law Office of Fred W. Kaiser's daily practice of collecting and processing of pleadings and correspondence for mailing with the United States Postal Service.

On June 23, 2009, I served 1) NOTICE OF MOTION OF JOEMAR LTD FOR ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY; 2) MOTION OF JOEMAR LTD FOR ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY; 3) DECLARATION OF BOB PRESCOTT IN SUPPORT OF MOTION; 4) EXHIBITS; 5) RELIEF FROM STAY INFORMATION SHEET; and 6) CERTIFICATE OF SERVICE

| | |
|---|---|
| __X__ | On the parties listed below by electronic means pursuant to FRCivP 5 as follows: |
| | United States Trustee: ustpRegion17.sc.ecf@usdoj.gov |
| | Walter R. Dahl, Attorney for Debtor: wdahl@dahllaw.net |
| | Hank Spacone, Chapter 7 trustee: hspacone@thg-sac.com |
| | J. Russell Cunningham, Esq. rcunningham@dnlc.net |

(Special Notices)
American Express Bank
Toyota Motor Credit Corporation
c/o Becket & Lee, Gilbert Weisman   notices@becket-lee.com

Trainor Fairbrook
Nancy Hotchkiss, Esq.   nhotchkiss@trainorfairbrook.com

DCFS USA, John H. Kim   jkim@cookseylaw.com

GE MoneyBank, Ramesh Singh   claims@recoverycorp.com

AsiaTech Managment, Roy Ching   rching@mlgpc.com

__X__   By placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid and placing the envelopes in the firm's daily mail processing center for mailing on the above date, in the United States post office mailbox at Sacramento, California, addressed to:

Volodymyr Dubinsky
Svetlana Dubinsky
144 Kettle Rock Ct.
Folsom, CA 95630

     I declare under penalty of perjury that the foregoing is true and correct. Executed at Sacramento, California, on June 23, 2009.

/s/ Madonna Padjen
_____
**MADONNA PADJEN**

2