FILED
July 30, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001991482

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

Sacramento Division

In Re:

DUBINSKY, VOLODYMYR
DUBINSKY, SVETLANA

Debtors

CASE No. 09-27647-A-7

DCN:HMS-01

## APPLICATION FOR ORDER EXTENDING DEADLINE

Comes now HANK M. SPACONE, Trustee for the above estate, and applies to the Court for an Order Extending Deadlines. This application is made pursuant to the terms of the *Stipulation Regarding Extending Deadlines*, as signed by the Trustee, the Debtor(s) and the Debtor's Attorney, if any; which is filed herewith and incorporated herein by reference. The trustee further states that this proposed extension of deadlines is in the best interest of the estate and asks that the Court enter an Order extending the deadline(s) as shown in the stipulation (a).

Executed at Sacramento, CA.

7-28-09                    /s/ Hank M. Spacone
Date                       Trustee

(a) Federal Rules of Bankruptcy Procedure 4004 and 4007 allow the Court, on motion of any party in interest, to extend the time for filing a complaint objecting to discharge or dischargibilty. The motion is to be made before the time has expired.

11 USC §102(1) defines "after notice and a hearing" as such notice as is appropriate in the particular circumstances. The Trustee, because of the Stipulation, believes that an Order here is appropriate without an actual hearing in these particular circumstances.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

Sacramento Division

In Re: **DUBINSKY, VOLODYMYR**
**DUBINSKY, SVETLANA**

CASE No. 09-27647-A-7

**STIPULATION REGARDING EXTENDING DEADLINES**

The Trustee, the Debtor(s), and the Attorney, if any, hereby stipulate to the following:

1. This case was ( X ) filed / ( ) converted to Chapter 7 on __4_/_23_/_09__.

2. HANK M. SPACONE has been duly appointed as Trustee in this case.

3. The first date set forth for a §341 Meeting of Creditors was __6_/_1_/_09__.

4. The Trustee, the Debtor(s) and the attorney, if any, now stipulate and agree that the deadline for the Chapter 7 Trustee and the Office of the United States Trustee to

 ( X ) Object to discharge under §727 (a) is extended to __11_/_30_/_2009__.

Dated: 7/14/09

_____
Hank Spacone
Trustee

_____
Volodymyr Dubinsky
Debtor

_____
Svetlana Dubinsky
Debtor

_____ 17-Jul-09
Walter R. Dahl
Debtor's Attorney