**FILED**

December 16, 2009

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002288931

1

**J. RUSSELL CUNNINGHAM, State Bar #130578**
**ERIC R. GASSMAN, State Bar #260693**
**DESMOND, NOLAN, LIVAICH & CUNNINGHAM**
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Attorney for Hank M. Spacone
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>VOLODYMYR DUBINKSY and<br>SVETLANA DUBINKY<br><br>Debtors. | Case No. 09-27647-A-7<br>Chapter 7<br><br>Docket Control No.: EJV-1<br><br>Date: January 4, 2010<br>Time: 9:00 a.m.<br>Judge: Michael S. McManus<br>Ctrm: 28<br>Place: U.S. Bankruptcy Court<br>      501 I Street, Sacramento, CA |

## TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM STAY

Hank M. Spacone, ("TRUSTEE") does not oppose the Motion, provided the relief is without prejudice to Trustee's right to object to the resulting claim, if any, asserted by the creditor against the estate.

Respectfully submitted,

Dated: December 3, 2009

**DESMOND, NOLAN, LIVAICH & CUNNINGHAM**

By: _____
J. RUSSELL CUNNINGHAM
Attorneys for Hank M. Spacone

1