FILED
April 27, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002587497

Ja Vonne M. Phillips, Esq. SBN 187474
Brielyn Sesko, Esq. SBN 241596
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for: Secured Creditor,
First Horizon Home Loans a division of First Tennessee Bank National Association., its assignees and/or successors and the servicing agent MetLife Home Loans a division of MetLife Bank NA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>Volodymyr Dubinsky<br>Svetlana Dubinsky,<br>Debtors. | ) Case No. 09-27647<br>)<br>) DC No.: BRI-1<br>)<br>) Chapter 7 |
| First Horizon Home Loans a division of First Tennessee Bank National Association., its assignees and/or successors and the servicing agent MetLife Home Loans a division of MetLife Bank NA,<br><br>Secured Creditor,<br>v.<br><br>Volodymyr Dubinsky, Svetlana Dubinsky, Debtors; and Hank Spacone, Chapter 7 Trustee,<br>Respondents. | **PROOF OF SERVICE OF ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Date: 04/26/2010<br>Time: 9:00 a.m.<br>Ctrm: 28, 7th Floor<br>Place: 501 I Street<br>Sacramento, CA<br><br>Judge: Michael S. McManus |

CERTIFICATE OF SERVICE

On 4/27/2010, I served the foregoing ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY on the following individuals by electronic means through the Court's ECF program and pursuant to LBR 7005-1(d)(1) and FRCivP5

TRUSTEE
Hank Spacone
hspacone@thg-sac.com

/s/ Iulia Nadlacan
Iulia Nadlacan

On 4/27/2010, I served the foregoing ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTORS
Volodymyr Dubinsky
144 Kettle Rock Court
Folsom, CA 95630

Svetlana Dubinsky
144 Kettle Rock Court
Folsom, CA 95630

COUNSEL FOR DEBTORS
Walter R. Dahl
2304 N St
Sacramento, CA 95816

COUNSEL FOR DEBTORS
Maralee MacDonald
555 Capitol Mall #1500
Sacramento, CA 95814

COUNSEL FOR TRUSTEE
J. Russell Cunningham
1830 15th St
Sacramento, CA 95811

SPECIAL NOTICES
GE Money Bank
c/o Recovery Management Systems Corporation
Attn: Ramesh Singh
25 S.E. Second Avenue, Suite 1120
Miami, FL 33131

Asia Tech Management, LLC
201 San Antonio Circle #105 c/o Roy Ching
Mountain View, CA 94040

American Express Bank FSB
Becket and Lee
P.O. Box 3001
Malvern, PA 19355

Trainor Fairbrook c/o Nancy Hotchkiss
980 Fulton Avenue
Sacramento, CA 95825

///

///

DCFS USA, LLC
535 Anton Boulevard, 10th Floor
Costa Mesa, CA 92626

Toyota Motor Credit Corporation c/o
Becket and Lee LLP
PO Box 3001
Malvern, PA 19355

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ David Fry
David Fry